152 So. 923

**Clemons KING v. STATE.**
8 Div. 865.

Court of Appeals of Alabama.
Feb. 13, 1934.

RICE, Judge.
Affirmed.

161 So. 918

**Eugene KING v. STATE.**
6 Div. 712.

Court of Appeals of Alabama.
April 30, 1935.

RICE, Judge.
Appeal dismissed.

159 So. 917

**Herbert KING v. STATE.**
8 Div. 986.

Court of Appeals of Alabama.
Feb. 5, 1935.

BRICKEN, Presiding Judge.
Affirmed.

161 So. 918

**Nathaniel KING v. STATE.**
3 Div. 762.

Court of Appeals of Alabama.
May 14, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

159 So. 917

**Orlean KING v. CITY OF HUNTSVILLE.**
8 Div. 79.

Court of Appeals of Alabama.
Feb. 12, 1935.

PER CURIAM.
Affirmed.

152 So. 923

**Tom KING v. STATE.**
8 Div. 920.

Court of Appeals of Alabama.
Jan. 30, 1934.

SAMFORD, Judge.
Affirmed.

152 So. 923

**E. J. KIRKPATRICK v. W. S. CREW.**
8 Div. 756.

Court of Appeals of Alabama.
Jan. 18, 1934.

Bradshaw & Barnett, of Florence, for appellant.

Fred S. Parnell, of Florence, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.